UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEARBORN TREE SERVICE, INC.,

        Plaintiff,

v.

        Case No. 13-cv-12584
        Honorable Gershwin A. Drain

GRAY'S OUTDOORSERVICES, LLC,
*et al.*,

        Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#130] AND AWARDING ATTORNEY'S FEES IN THE AMOUNT OF $2,000.00

This matter is before the court on Dearborn Tree Service, Inc.'s ("Plaintiff") Bill of Costs, submitted on November 13, 2014. *See* Dkt. No. 115. On October 23, 2014, Magistrate Judge Mona K. Majzoub entered an Opinion and Order, granting a Motion to Compel by the Plaintiff. *See* Dkt. No. 112. In Magistrate Judge Majzoub's Opinion and Order, the Magistrate Judge ordered Defendants Gray's Outdoorservices, LLC and Thomas Gray to pay the reasonable expenses and attorney's fees that Plaintiff incurred in bringing the Motion pursuant to Rule 37 of the Federal Rules of Civil Procedure 37. *Id.*

Following Plaintiff's submission of a Bill of Costs, Magistrate Judge Majzoub issued a Report and Recommendation on March 4, 2015, recommending that Plaintiff be awarded reasonable expenses and attorney's fees in the amount of $2,000.00, payable by Defendants Gray's Outdoorservices, LLC and Thomas Gray to Plaintiff's counsel within 21 days. *See* Dkt. No. 130. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

-2-

Upon review of the record and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Accordingly, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Majzoub's March 4, 2015 Report and Recommendation [#130] as this Court's findings of fact and conclusions of law.

Defendants Gray's Outdoorservices, LLC and Thomas Gray are **HEREBY ORDERED** to pay reasonable expenses and attorney's fees in the amount of $2,000.00 to Plaintiff's counsel within 21 days.

SO ORDERED.

Dated: March 24, 2015

/s/Gershwin A Drain
Hon. Gershwin A. Drain
United States District Court Judge